IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 5:21-cr-08 |
| | : |
| KENNETH JAMES HUGHES, JR. | : Violations: 21 U.S.C. § 841 |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. On or about October 22, 2020, in the Western District of Virginia and elsewhere, KENNETH JAMES HUGHES, JR., knowingly and intentionally distributed fentanyl, a Schedule II controlled substance, the use of which resulted in serious bodily injury and death to Z.S.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT TWO

The Grand Jury charges that:

1. On or about November 23, 2020, in the Western District of Virginia and elsewhere, KENNETH JAMES HUGHES, JR., knowingly and intentionally distributed fentanyl, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

*USAO# 2021R00224*

## COUNT THREE

The Grand Jury charges that:

1. On or about December 2, 2020, in the Western District of Virginia and elsewhere, KENNETH JAMES HUGHES, JR., knowingly and intentionally distributed fentanyl, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL, this ____9____ day of June, 2021.

/s/FOREPERSON
Grand Jury Foreperson

Daniel P. Bubar
Acting United States Attorney
by

USAO# 2021R00224